KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CAROL RETHWISCH,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>            Defendant. | Case # 1:19−CV−01039−BAM<br><br>STIPULATED EXTENSION OF TIME |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has been unwell and requires the rescheduling of some deadlines to properly address the issues. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on October 14, 2020.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated September 14, 2020:        /s/ Kelsey M Brown
                                 KELSEY MACKENZIE BROWN CA #263109
                                 Mackenzie Legal, PLLC

Page 1    STIPULATION
          [1:19−CV−01039−BAM]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

```
                        1003 Whitman
                        Tacoma, WA 98406
                        (206) 300-9063
                        Attorney for Plaintiff
```

Dated September 15, 2020:   s/ KELSEY M. BROWN for Daniel Talbert
                            Daniel Talbert
                            (per e-mail authorization)
                            Special Assistant U.S. Attorney
                            Office of the General Counsel

                            Of Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation as outlined above, and good cause appearing, Plaintiff's request for an extension of time to file an Opening brief is GRANTED. Plaintiff's Opening Brief shall be filed on or before October 14, 2020. The Court's Scheduling Order (Doc. 6) is modified accordingly. The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **September 16, 2020**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE