# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL RETHWISCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  1:19-cv-01039-BAM<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>**RESPONSE DUE:   December 21, 2020** |

　　　　Plaintiff Carole Rethwisch ("Plaintiff") filed this action on July 29, 2019, seeking review of the Commissioner of Social Security's denial of her applications for disability benefits.  (Doc. No. 1.)  On August 1, 2019, the Court entered a scheduling order in this action. (Doc. No. 6.) Pursuant to the Court's scheduling order, Plaintiff is required to prosecute this action by filing an opening brief within ninety-five (95) days following the Commissioner's service and filing of the administrative record.  Plaintiff was warned that failure to comply with the Court's Scheduling Order may result in sanctions pursuant to Local Rule 110.  (*Id.*)

　　　　On April 1, 2020, the Commissioner filed the administrative record.  (Doc. No. 10.) On September 17, 2020, pursuant to the parties' stipulation, the Court granted Plaintiff an extension of time to October 14, 2020, to file her opening brief.  (Doc. No. 14.)  To date, Plaintiff has not

filed an opening brief.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **December 21, 2020.** Plaintiff also may comply with this order by filing her opening brief.

**Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **November 30, 2020**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE