# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL RETHWISCH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01039-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>(Doc. No. 18.) |

Plaintiff Carole Rethwisch ("Plaintiff") filed this action on July 29, 2019, seeking review of the Commissioner of Social Security's denial of her applications for disability benefits. (Doc. No. 1.)

On November 30, 2020, the Court issued an order for Plaintiff to show cause in writing why this action should not be dismissed for Plaintiff's failure to comply with the Court's Scheduling Order and Plaintiff's failure to prosecute this action. (Doc. No. 18.) The Court directed Plaintiff to file a written response to the show cause order no later than December 21, 2020. The Court also informed Plaintiff that she could comply with the show cause order by filing her opening brief. (*Id.* at 2.)

On December 21, 2020, Plaintiff filed her opening brief. (Doc. No. 19.) Accordingly,

1

the Court's Order to Show Cause issued on November 30, 2020, is HEREBY DISCHARGED and no sanctions will be imposed.

IT IS SO ORDERED.

Dated: __**December 22, 2020**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE