1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (415) 977-8995
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CAROL LYNN RETHWISCH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>　Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 1:19-cv-01039-BAM<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF THIRTY DAYS FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

The parties stipulate by counsel that Defendant shall have an extension of thirty days, until February 19, 2021, to file his opposition to Plaintiff's opening brief. Good cause exists for this extension, as explained below.

The undersigned counsel for Defendant was out of the office on leave from December 18, 2020, until January 4, 2021. Upon his return to the office, counsel for Defendant had two Ninth Circuit answering briefs to draft, and finished drafting the second this morning, January 12, 2021. Counsel for Defendant is responsible also for reviewing briefs for two new attorneys in his office, one of whom will take this case for briefing. Counsel for Defendant currently has three additional briefs from those two attorneys to review, all of which require briefing and review before this

case. Finally, additional time will be necessary to allow the new attorney assigned this case to review the record and draft a brief, and for counsel of record for Defendant to review and file that brief.

    For all these reasons, Defendant requests an extension of thirty days to file his opposition to Plaintiff's opening brief. Plaintiff's counsel has no objection to this request.

    Respectfully submitted January 12, 2021.

DATED: January 12, 2021         */s/ Kelsey Mackenzie Brown*
KELSEY MACKENZIE BROWN
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: January 12, 201    By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

### ORDER

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. Defendant shall file his opposition to Plaintiff's opening brief no later than February 19, 2021.

IT IS SO ORDERED.

    Dated: **January 13, 2021**        /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE