UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL RETHWISCH,<br><br>              Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No.  1:19-cv-01039-BAM<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEF AND PROOF OF SERVICE REGARDING AMENDED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)**<br><br>(Doc. 32) |

      Kelsey Mackenzie Brown ("Counsel"), attorney for Carol Rethwisch ("Plaintiff"), filed a motion for attorney fees pursuant to 42 U.S.C. § 406(b) on February 24, 2023.  (Doc. 31.)  A copy of the motion was served on Plaintiff.  (Doc. 31-5.)  Plaintiff did not file a response.  However, on March 14, 2023, Counsel filed an amended motion and proposed order "to request a gross fee amount per the request of opposing counsel and to note client's disagreement with payment of fees."   (Doc. 32.)  On March 15, 2023, the Commissioner of Social Security filed a statement of non-objection to the fee request.  (Doc. 33.)

      Having conducted a preliminary review of the amended motion, the Court finds it necessary to obtain additional information on Plaintiff's noted disagreement with the payment of requested attorney fees.  There is no indication in the briefing provided by the parties identifying

1

the nature or specifics of Plaintiff's dispute with the fee request, and Counsel has not cited to the record identifying the disagreement.  There also is no indication that Plaintiff was served with a copy of the amended motion, which noted her disagreement and included an amended fee request. Accordingly, within **thirty (30) days** of the date of this Order, Counsel for Plaintiff shall file a supplemental brief (which may include any written objection received from Plaintiff) explaining the nature and specifics of Plaintiff's disagreement with the fee request, along with a proof of service of the amended motion for attorney fees on Plaintiff.  Additionally, Counsel shall serve Plaintiff with a copy of this Order and file proof of such service with the Court.

IT IS SO ORDERED.

Dated:   **August 7, 2023**               /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE