UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL RETHWISCH,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:19-cv-01039-BAM<br><br>**ORDER DENYING MOTION AND AMENDED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) WITHOUT PREJUDICE**<br><br>(Docs. 31, 32) |

Kelsey Mackenzie Brown ("Counsel"), attorney for Carol Rethwisch ("Plaintiff"), filed a motion for attorney fees pursuant to 42 U.S.C. § 406(b) on February 24, 2023.  (Doc. 31.)  A copy of the motion was served on Plaintiff.  (Doc. 31-5.)  Plaintiff did not file a response.  However, on March 14, 2023, Counsel filed an amended motion and proposed order "to request a gross fee amount per the request of opposing counsel and to note client's disagreement with payment of fees."   (Doc. 32.)  On March 15, 2023, the Commissioner of Social Security filed a statement of non-objection to the fee request.  (Doc. 33.)

On August 8, 2023, following a preliminary review of the amended motion, the Court ordered counsel for Plaintiff, within thirty (30) days, to file (1) a supplemental brief (which could include any written objection received from Plaintiff) explaining the nature and specifics of

1

Plaintiff's disagreement with the fee request; (2) a proof of service of the amended motion for attorney fees on Plaintiff; and (3) proof of service on Plaintiff of the Court's order.  More than thirty (30) days have passed, and Plaintiff has not complied with any aspect of the Court's order.  Absent the requested supplemental information, the Court cannot ascertain the reasonableness of the requested fee amount.  Accordingly, Plaintiff's motion for attorney fees and amended motion for attorney fees (Docs. 31, 32) are DENIED without prejudice.  Plaintiff is not precluded from re-filing the motion within thirty (30) days from the date of this Order with the requested supplemental information, along with an adequate proof of service.

IT IS SO ORDERED.

Dated:   **September 12, 2023**                    /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE

2